IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| PR GROUP, LLC, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-0401-CV-W-BP |
| | ) |
| WINDMILL INTERNATIONAL, LTD and | ) |
| DOUGLAS COMBS, | ) |
| | ) |
| Defendants. | ) |

## SCHEDULING AND TRIAL ORDER

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, and upon consideration of the parties' views in the matter, the following schedule is hereby established:

1. TRIAL SETTING. This case is scheduled for a bench trial, commencing at 9:00 a.m., on October 7, 2019, at the United States District Courthouse in Kansas City, Missouri.

2. TRIAL BRIEF. Counsel for each party may file a trial brief seven (7) days prior to the trial setting, stating the factual and legal contentions in the case.

3. SETTLEMENT DEADLINE. Unless otherwise ordered, the court hereby imposes a settlement deadline of 12:00 Noon on the business day before trial. If the case is settled after that date, the court may enter an order to show cause why certain costs should not be imposed on the party or parties causing the delay in settlement.

4. COURTROOM EQUIPMENT. If any party wants to use the audio/visual courtroom equipment it is important that they contact the Court's IT department (816-512-5740) for training, and provide notice to Kelly McIlvain, Courtroom Deputy at the email address kelly_mcilvain@mow.uscourts.gov.

Parties must notify the Court two days prior to the Pretrial Conference and one week prior to the Trial for any audio/visual use.

IT IS SO ORDERED.

        /s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATE:  September 12, 2019